UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor by Aaron Goulding his guardian,<br><br>             Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, a California school district, et al.,<br><br>             Defendants. | Case No.: 22-CV-1605 JLS (RBB)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is the Complaint filed by Plaintiff J.G., a minor by Aaron Goulding his guardian (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge